# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SHAUN KENDRICK,                          :          Case No. 3:09-cv-166

              Petitioner,          :

       - vs -                          :          District Judge Timothy S. Black
                                     Magistrate Judge Michael R. Merz

WARDEN LEBONAN CORRECTIONAL :
INSTITUTION,
                               :

              Respondent.          :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #18), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

      Accordingly, it is hereby ORDERED that the Petition is DISMISSED with prejudice. Petitioner is also DENIED leave to appeal *in forma pauperis* and any request for certificate of appealability.

September 29, 2011.

                                       Timothy S. Black
                                     United States District Judge