# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**SHAUN KENDRICK,**

    Petitioner,

**-vs-**

    **CASE NO. 3:09-cv-166**

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

**WARDEN, LEBANON CORRECTIONAL INSTITUTION,**

    Respondent.

---

## JUDGMENT IN A CIVIL CASE

---

**Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED THAT** the Reports and Recommendations of the Magistrate Judge (Doc. 18) is **ADOPTED**; the Petition (Doc.2) is **DISMISSED** with prejudice; Petitioner is **DENIED** leave to appeal in forma pauperis and any request for certificate of appealability; and the case is **TERMINATED** on the docket of this Court.

Date: September 29, 2011          **JAMES BONINI, CLERK**

By: s/ M. Rogers
Deputy Clerk